EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* LA CENTRAL BOCA CHICA, INC., acusada y apelante.

No. 2964.—*Visto:* Diciembre 22, 1926. *Resuelto:* Febrero 11, 1927.

LICENCIAS *(Licenses)*—POR OCUPACIONES O PRIVILEGIOS—PROCESOS POR DELITOS CONTRA LAS LEYES SOBRE LICENCIAS *(License Laws)*—REVISIÓN.—No cabe sostener una convicción bajo las secciones 84 (inciso 36), 86 y 92 de la Ley de Rentas de 1925 (p. 643) cuando aparece que el acusado vendía al por mayor, en su fábrica, las mieles derivadas como desecho de los azúcares que elaboraba.

SENTENCIA de *Angel·Acosta Quintero,* J. (Ponce), condenando a la acusada por infracción a los Artículos 84, 86 y 92 de la Ley de Rentas de 1925 (p. 643). *Revocada,* absolviéndose a la acusada.

*López de Tord & Zayas Pizarro,* abogado del apelante; *José E. Figueras,* abogado de *El Pueblo,* apelado.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

La Central Boca Chica Incorporada fué acusada y condenada por infracción de los artículos 84, 86 y 92 de la Ley de Rentas Internas de 1925 porque durante los trimestres comprendidos entre el 1º de octubre a diciembre 31 de 1925 y enero 1º a marzo 30 de 1926 se dedicaba a la venta de mieles, obtenidas como desecho en el proceso de la elaboración de azúcar, sin estar provista de la licencia prescrita por dicha ley.

De la sentencia aparece que el día del juicio la corporación acusada aceptó los hechos alegados en la acusación

como no constitutivos de delito y que ambas partes sometieron el caso a la corte habiendo hecho una estipulación en la que el fiscal admitió que la central se dedicaba a la elaboración de azúcar, teniendo como derivado mieles que vende al por mayor en su fábrica, las que son un derivado o desecho del azúcar, sin tener licencia para ello.

Aunque la corporación apelante alega como uno de los motivos de su recurso que la acusación no contiene hechos determinantes de delito por no alegar que la acusada sea traficante en mieles ni que las venda al detall, sin embargo, en vista de la estipulación de las partes en el juicio, preferimos resolver la cuestión por sus méritos teniendo en cuenta la acusación y la estipulación de las partes, de las que resulta que en los trimestres indicados la corporación vendió al por mayor en su fábrica las mieles, desecho de sus azúcares, sin tener licencia, quedando así reducida la cuestión a resolver si tal hecho es constitutivo de delito.

La Ley No. 85 de 1925 de Rentas Internas, páginas 585 y siguientes, dispone en su sección 84 que cada tres meses toda persona dedicada a cualquiera de las ocupaciones o negocios relacionados en dicha sección pagará por cada fábrica, sitio, establecimiento comercial o industrial, la contribución por concepto de licencias respectivamente prescritas, a saber: . . . . "36. Traficantes en mieles obtenidas como desecho en el proceso de elaboración de azúcar, primera clase, treinta (30) dólares; segunda clase, veinte (20) dólares; tercera clase, diez (10) dólares." En la sección 86 se dice que ninguna persona se dedicará a negocio alguno o industria de las citadas en la ley mientras no haya pagado la licencia en la forma que en la misma se dispone: y la sección 92, que es la otra sección citada en la acusación, castiga como delito menos grave el emprender o continuar cualquiera industria u ocupación sujeta a licencia por dicha ley sin proveerse de la correspondiente licencia o habiendo sido revocada. Y la sección 12 de la misma ley en su párrafo

3º dispone que los fabricantes que dispongan de su producto al por mayor en su fábrica, no serán considerados como traficantes.

Imponiéndose la obligación de obtener y pagar licencia para la venta de mieles obtenidas como desecho en el proceso de elaboración de azúcar a los traficantes en dichas mieles; no siendo considerados como traficantes los que dispongan de su producto al por mayor en su fábrica; y apareciendo que la central apelante vendía al por mayor en su fábrica las mieles derivadas como desecho de los azúcares que elaboraba, tenemos que llegar a la conclusión de que la apelante no era traficante en mieles y no tenía el deber de obtener y pagar licencia para vender dichas mieles en la forma expresada y por tanto que no cometió la infracción por la que fué acusada y condenada, por lo que debemos *revocar la sentencia apelada y dictar otra en su lugar absolviéndola de la acusación que se le hizo.*

El Juez Asociado Señor Hutchison no intervino.